UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioner,

and

RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,
Respondent.

NOTICE OF PETITION
07 Civ. 6015 (LAK)

---

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of Mark Schwartz, Esq., duly verified the 20th day of June 2007, and the accompanying Memorandum of Law, the undersigned will petition this Court, before the Honorable Lewis A. Kaplan at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on the _____ day of _____ 2007, at _____ A.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the Arbitration Award of Dr. Philip Ross dated May 30, 2007, and granting the Petitioner judgment, in the amount of $2,152.67, together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated: June 28, 2007
      New York, New York

Yours, etc.

*Mark Schwartz* (signature)

Mark Schwartz, Esq. – MS 0148
Attorney for Petitioner
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

To:    Resistflame Acquisition Corp.
        C/O Kiesling-Hess Finishing Co.
        300 West Bristol Street
        Philadelphia, Pennsylvania 19140