

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In the Matter of
ARBITRATION OF DISPUTES

between                                                             Case No. 07 CIV 6015 (LAK)

THE TRUSTEES OF THE                                                 AFFIDAVIT OF SERVICE
UNITE HERE NATIONAL RETIREMENT FUND,

Petitioner,
and

RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,

Respondent.
-------------------------------------------------------------------X
STATE OF PENNSYLVANIA    )
              S.S.:
COUNTY OF PHILADELPHIA   )

WILLIAM DOMINICK, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 3rd day of July, 2007, at approximately the time of 3:53 PM, deponent served a true copy of the NOTICE OF PETITION; PETITION TO CONFIRM ARBITRATION AWARD; AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD upon RESISTFLAME ACQUISITION CORP. c/o Kiesling-Hess Finishing Co. at 300 West Bristol Street, Philadelphia, PA, Attn: Thomas Applegate, President, by personally delivering and leaving the same with JOE McGREGOR who informed deponent that he is a Manager authorized by appointment to receive service at that address.

JOE McGREGOR is a white male, approximately 38 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 205 pounds with brown hair.

_____
WILLIAM DOMINICK

Sworn to before me this
19th day of July, 2007

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 7, 2007

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com