UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
THE TRUSTEES OF THE UNITE HERE NATIONAL
RETIREMENT FUND,

                Plaintiffs,

-against-                                    07 Civ. 6015 (LAK)

RESISTFLAME ACQUISITION CORP.,

                Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion to confirm the arbitration award is granted. The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated:     September 6, 2007

                                                Lewis A. Kaplan
                                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07