**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

THE TRUSTEES OF THE UNITE HERE NATIONAL
RETIREMENT FUND,

Plaintiff,

-against-

RESISTFLAME ACQUSITION CORP.,

Defendant.

-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

07 **CIVIL** 6015 (LAK)

**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on September 6, 2007, having rendered its Order granting the motion to confirm arbitration and directing the Clerk of the Court to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 6, 2007, the motion to confirm arbitration is granted; accordingly, the case is closed.

**Dated:** New York, New York
September 7, 2007

**J. MICHAEL McMAHON**

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON _____**